# LaRusso & Conway, LLP

**MEMO ENDORSED**

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

February 5, 2015

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Building
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

Re: United States v. Michael Barnett
    Criminal Docket No. 15-CR-0017 (KMK)

Dear Judge Karas,

Pursuant to the status conference held on February 4th, 2015 the defendant Michael Barnett respectfully submits this letter requesting the following bail modification. Mr. Barnett's original bail conditions called for a travel restriction to the Eastern District and Southern District of New York. We seek to have that amended to allow (1) travel to and from Stamford Connecticut for work purposes, and (2) to allow travel to Ulster County, specifically the town of Marlboro, New York. In that light it is agreed that Mr. Barnett is forbidden to travel to or visit Vineyard Commons. Lastly, we respectfully request that Mr. Barnett be allowed to travel to Herkimer County, New York on February 13-16, 2015 for a pre-planned ski trip with his family.

As discussed on the record on February 4, and on the consent of the Government, this requested bail modification is [struck: hereby] granted.

Respectfully submitted,

/s/ *Joseph R. Conway*
Joseph R. Conway

cc: AUSA Michael Maimin, Esq.

So Ordered
MK
2/9/15

1